# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CHAVIRA, | CASE NO. 1:19-cv-00538-DAD-SAB |
| Plaintiff, | ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| vs. | (ECF No. 6) |
| U.S. DEPARTMENT OF EDUCATION and IMMEDIATE CREDIT RECOVERY, INC, | |
| Defendants. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants shall file a response to Plaintiff's complaint on or before June 12, 2019.

IT IS SO ORDERED.

Dated: **May 22, 2019**

UNITED STATES MAGISTRATE JUDGE