# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CHAVIRA,<br><br>       Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>       Defendants. | Case No. 1:19-cv-00538-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR THE FAILURE TO COMPLY WITH THE APRIL 26, 2019 ORDER SETTING MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 5)<br><br>TEN-DAY DEADLINE |

    Maria Chavira ("Plaintiff") filed this action under the Fair Debt Collections Act on April 25, 2019 against the United States Department of Education and Immediate Credit Recovery, Inc. (collectively "Defendants"). (ECF No.1.) On April 26, 2019, the order setting the mandatory scheduling conference issued. (ECF No. 5.) The order provided that

> the plaintiff shall diligently pursue service of the summons and complaint and dismiss those defendants against whom plaintiff will not pursue claims. The plaintiff shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to Fed. R. Civ. P. 4, regarding the requirement of timely service of the complaint. Failure to timely serve the summons and complaint may result in the imposition of sanctions, including dismissal of unserved defendants.
>
> Due to the mandates of Rule 16, the Court will serve this Order upon counsel for the plaintiff before appearances of the defendant are due. Furthermore, the Court will order counsel for the plaintiff to serve a copy of this Order on the defendant, or, if identified, on their counsel, promptly upon receipt of this Order, and to file an appropriate proof of such service with the Court, in compliance with Rule

1

135(a) of the Local Rules for the Eastern District of California. (ECF No. 5 at 1-2.)

Here, it is apparent that Plaintiff has served Defendant Immediate Credit Recovery, Inc. with the summons and complaint as an answer has been filed. However, Plaintiff did not promptly file a proof of service as required by the April 26, 2019 order. Further, there is no indication that Defendant U.S. Department of Education has been served. A mandatory scheduling conference is set for this matter on July 16, 2019, and the Court requires the parties compliance with the April 26, 2019 order to evaluate whether this action is ready for scheduling.

Accordingly, IT IS HEREBY ORDERED that, within **ten (10) days** of the date of entry of this order, Plaintiff shall SHOW CAUSE IN WRITING why sanctions should not issue for the failure to comply with the order that proof of service of the summons, complaint, and April 26, 2019 order be promptly filed upon service. Failure to respond to this order may result in the issuance of sanctions up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: __**June 24, 2019**__

UNITED STATES MAGISTRATE JUDGE