# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CHAVIRA,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>   Defendants. | Case No. 1:19-cv-00538-DAD-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 11, 14) |

On June 24, 2017, an order issued requiring Plaintiff to show cause why sanctions should not issue for the failure to file proof of service of the summons and complaint as required by the April 26, 2019 order setting mandatory scheduling conference. (ECF No. 5.) On June 25, 2019, Plaintiff filed a proof of service for Defendant Immediate Credit Recovery, Inc. (ECF No. 12.) On June 26, 2019, Plaintiff filed a proof of service on Defendant United States Department of Education and a response to the order to show cause. (ECF Nos. 13, 14.) The Court has considered Plaintiff's response to the order to show cause and that Plaintiff has now complied with the April 26, 2019 order.

Accordingly, the order to show cause, filed on June 24, 2019, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **June 27, 2019**

                     
UNITED STATES MAGISTRATE JUDGE

1