# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CHAVIRA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00538-DAD-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO AUGUST 20, 2019 AT 10:30 A.M.<br><br>(ECF Nos. 5, 17, 18) |

On April 25, 2019, Plaintiff filed this action brining claims for declaratory relief and for violation of the Fair Debt Collection Practices Act. (ECF No. 1.) On April 26, 2019, the Court set a mandatory scheduling conference to take place on July 16, 2019. (ECF No. 5.) On July 1, 2019, the Court continued the scheduling conference until July 19, 2019. (ECF No. 17.) On July 2, 2019, the parties filed a stipulation to continue the scheduling conference due to the unavailability of counsel and because of the need for additional time to compile information regarding the matters in dispute. (ECF No. 18.) On July 9, 2019, Plaintiff submitted a proposed order to the Court.[1] The Court finds good cause to continue the scheduling conference.

///

///

///

---

[1] The Court's standing order issued on April 26, 2019, directs the parties to "the Court's website at www.caed.uscourts.gov under Judges; Boone (SAB); Standard Information (in the area entitled "Case Management Procedures") for specific information regarding Chambers' procedures." (ECF No. 5 at 7.) The linked document entitled "Standard Information," at paragraph 8, describes the Chambers' requirement that, pursuant to Local Rule 137(b), all stipulations and orders must be submitted in Microsoft Word® format to saborders@caed.uscourts.gov.

1

Accordingly, IT IS HEREBY ORDERED that the scheduling conference currently set for July 19, 2019, is CONTINUED to August 20, 2019 at 10:30 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: __**July 9, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE