# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CHAVIRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　Defendants. | Case No.  1:19-cv-00538-DAD-SAB<br><br>ORDER GRANTING WITHDRAWAL OF ALEX AUGUSTINE WADE AS ATTORNEY FOR IMMEDIATE CREDIT RECOVERY INC. AND DIRECTING CLERK OF COURT TO TERMINATE ALEX AUGUSTINE WADE AS ATTORNEY OF RECORD<br><br>(ECF No. 27) |

On August 11, 2020, counsel Alex Augustine Wade filed a notice of withdrawal of counsel for Defendant Immediate Credit Recovery Inc.. The defendant shall continue to be represented by counsel David Kaminski.

Accordingly, IT IS HEREBY ORDERED that Alex Augustine Wade's request to withdraw as counsel is GRANTED and the Clerk of the Court is DIRECTED to terminate Alex Augustine Wade as attorney for Defendant Immediate Credit Recovery Inc.

IT IS SO ORDERED.

Dated:  **August 12, 2020**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1