**United States District Court**

**Eastern District of California**

| | |
|---|---|
| **Maria Chavira**, | ) Case No. 1:19-cv-00538-DAD-SAB |
| Plaintiff, | ) **Order Granting Plaintiff's Application to Appear in Person at Settlement Conference** |
| vs. | ) |
| **U.S. Department of Education**, and **Immediate Credit Recovery, Inc.**, | ) **Date**: July 11, 2022<br>) **Time**: 9:30 a.m.<br>) **Dept**: 8 (Hon. Barbara A. McAuliffe) |
| Defendants | ) |

Good cause appearing therefore, plaintiff Maria Chavira and her attorney, Randolf Krbechek, are permitted to appear in person at the settlement conference on July 11, 2022. Defense counsel and the representatives for defendant Immediate Credit Recovery, Inc. may appear via Zoom or in person, as they determine. Defendant shall notify the Court by July 1, 2022 whether Defendant and counsel will appear by video or in person.  If by video, the Court will conduct a hybrid settlement conference.

IT IS SO ORDERED.

Dated:  **June 6, 2022**         /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE